

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2016

No. 04-16-00452-CR

Jose Guadalupe **AGUIRRE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7206
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

On July 28, 2016, this court abated this cause to the trial court for findings of fact and conclusions of law regarding the trial court's denial of appellant's motion to suppress. On July 29, 2016, five volumes of the reporter's record were filed. Volume five contains the trial court's findings and conclusions.

Appellant's brief is due August 29, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court